IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MELINDA FINAN and K.Q. a minor, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 5:19-CV-11-FL |
| CHILD PROTECTIVE SERVICES and SHANNON SCOTT, | ) | |
| | ) | |
| Defendants. | ) | |

- - - - - - - -

| | | |
|---|---|---|
| MELINDA FINAN, ROBERT QUINN, and K.Q. a minor, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 5:19-CV-12-FL |
| | ) | |
| CHILD PROTECTIVE SERVICES and G. LAMBRE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court pursuant to the court's February 13, 2019, deficiency order noting multiple deficiencies in the filings in these two above-captioned cases, including that plaintiff must either file an application to proceed without prepayment of fees or pay $400.00 filing fee. The order directed plaintiff to correct the deficiencies within 14 days of the date of the order, and it warned that failure to do so may result in the dismissal of this action without prejudice for failure

to prosecute. The clerk provided forms to plaintiff necessary to correct said deficiencies.

Although plaintiffs filed additional documents with the court on February 13, 2019, they have not filed an application to proceed without prepayment of fees or paid the $400.00 filing fee, nor have they corrected any of the additional deficiencies noted in the court's deficiency order. Therefore, these actions hereby are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

SO ORDERED, this the 5th day of April, 2019.

LOUISE W. FLANAGAN
United States District Judge