UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MELINDA FINAN and K.Q. a minor,

        Plaintiffs,

v.

**JUDGMENT**

No. 5:19-CV-11-FL

CHILD PROTECTIVE SERVICES and
SHANNON SCOTT,
        Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2019, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on April 5, 2019, and Copies To:**
Melinda Finan (Via U.S. Mail) to 1204 Manor Haven Ct., Fayetteville, NC 28304

April 5, 2019        PETER A. MOORE, JR., CLERK

                              /s/ Susan W. Tripp
                            (By) Susan W. Tripp, Deputy Clerk